CENTER FOR DISABILITY ACCESS
Krista Hemming, Esq., SBN 304213
Claire Cylkowski, Esq., SBN 335352
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
KristaH@potterhandy.com
ClaireC@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> COUNTRY CLUB VILLA SHOPPING CENTER, LLC, a California Limited Liability Company, <br><br> Defendant, | Case No.: 4:21-cv-01404-YGR <br><br> **NOTICE OF SETTLEMENT** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation/Motion for Dismissal with prejudice as to all parties will be filed within sixty days.

Dated: March 13, 2023            CENTER FOR DISABILITY ACCESS

                                 _____
                                 Krista Hemming
                                 Attorney for Plaintiff