1   CENTER FOR DISABILITY ACCESS
    Krista Hemming, Esq., SBN 304213
2   Claire Cylkowski, Esq., SBN 335352
    100 Pine St., Ste 1250
3   San Francisco, CA 94111
    (858) 375-7385; (888) 422-5191 fax
4   KristaH@potterhandy.com
    Attorneys for Plaintiff
5

6   Craig C. van Keulen
    cvk@vkvklaw.com
7   van Keulen & van Keulen, A.P.C
    P.O. Box 816
8   Morgan Hill, CA 95038
    Telephone: 408-779-7991
9   Facsimile: 408-779-7984

10  Attorneys for Defendant
11  COUNTRY CLUB VILLA SHOPPING CENTER, LLC

12
                        UNITED STATES DISTRICT COURT
13                      NORTHERN DISTRICT OF CALIFORNIA

14

15  SCOTT JOHNSON,                         )   Case No.: 4:21-cv-01404-YGR
                                           )
16          Plaintiff,                     )
                                           )   **JOINT STIPULATION FOR DISMISSAL**
17      v.                                 )   **PURSUANT TO**
                                           )   **F.R.CIV.P. 41 (a)(1)(A)(ii)**
18  COUNTRY CLUB VILLA SHOPPING            )
19  CENTER, LLC, a California Limited Liability )
    Company                                )
20                                         )
            Defendant.                     )
21                                         )
                                           )
22  _____   )

23

24

25

26

27

28
                              **STIPULATION**

Joint Stip re Dismissal              -1-              4:21-cv-01404-YGR

1

2          Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the

3    parties hereto that this action may be dismissed with prejudice as to all parties; each party to

4    bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been

5    resolved to the satisfaction of all parties.

6

7

8    Dated:  5/12/2023

9                                                        CENTER FOR DISABILITY ACCESS

10                                                       By:_____
                                                         Krista Hemming
11                                                       Attorneys for Plaintiff

12   Dated:  3/29/2023

13                                                       van Keulen & van Keulen, A.P.C

14

15                                                       By:_____
                                                         Craig C. van Keulen
16                                                       Attorneys for Defendant
                                                         COUNTRY CLUB VILLA SHOPPING CENTER, LLC,
17                                                       a California Limited Liability Company

18

19

20

21

22

23

24

25

26

27

28