UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**<br><br>    Plaintiff,<br><br>  v.<br><br>**Country Club Villa Shopping Center, LLC,; ;**<br>**; and Does 1-10,**<br><br>    Defendants | Case No.: 4:21-cv-01404-YGR<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.CIV.P.41 (a)(1)(A)(ii)<br><br>Re: Dkt. No. 32 |

    For Good Cause shown and pursuant to the stipulation of the parties through respective counsel of record this action is dismissed with prejudice.

Dated: June 26, 2024



CENTER FOR DISABILITY ACCESS

By: _____
United States District Judge

-1-